Argued and submitted September 30, conviction affirmed; remanded for
resentencing December 2, 1992

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL RAYMOND OLSON,
*Appellant.*

(91-1226-C-3; CA A71425)

841 P2d 1201

Eric R. Johansen, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction and sentence for robbery in the first degree. ORS 164.415. His first assignment of error does not require discussion.

Defendant is correct that the court erred in disregarding the sentencing guidelines when it sentenced pursuant to ORS 137.635. *State v. Haydon*, 111 Or App 205, 832 P2d 457, *on recon* 116 Or App 347, 842 P2d 410 (1992).

Conviction affirmed; remanded for resentencing.